Instrument Number: 20180524001424  Document:LP Rec: $76.00 Page-1 of 3
Record Date:5/24/2018 3:47 PM
Electronically Recorded King County, WA

MICHELLE JENSEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

# COVER SHEET

**DOCUMENT TITLE:** Lis Pendens

**REFERENCE NUMBER:**

**GRANTOR:** United States of America

**GRANTEE:** Qi Feng Li

**LEGAL DESCRIPTION:** 6916 S. 124th Street, Seattle, Washington 98178, titled in the name of Qi Feng Li, together with its buildings, improvements, appurtenances, fixtures, attachments, and easements, more particularly described as follows:

LOT(S) 18, BLOCK 19, SKYWAY, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 40 OF PLATS, PAGE(S) 6, IN KING COUNTY, WASHINGTON.

**PARCEL NUMBER:** 7812801600

The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QIFENG LI,<br>QIWEI LI, and<br>XIAMIN HUANG,<br><br>Defendants. | No. CR18-124-JCC<br><br>**LIS PENDENS**<br><br>The real property located at<br>6916 S. 124th Street,<br>Seattle, Washington 98178;<br>King County Parcel<br>Number 7812801600<br><br>(Titled in the name of Qi Feng Li) |

NOTICE IS HEREBY GIVEN that the United States has brought a criminal action in the United States District Court for the Western District of Washington (as captioned above), in which it seeks to forfeit the real property listed below pursuant to 21 U.S.C. § 853 for violations of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846.

Specifically, the United States is seeking to forfeit the real property located at 6916 S. 124th Street, Seattle, Washington 98178, titled in the name of Qi Feng Li, together with its buildings, improvements, appurtenances, fixtures, attachments, and easements, more particularly described as follows:

///

Notice of *Lis Pendens*
6916 S. 124th Street, Seattle, Washington 98178- 1
*U.S. v. Qifeng Li, et al.*, CR18-124-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|     |     |
| --- | --- |
| 1   | LOT(S) 18, BLOCK 19, SKYWAY, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 40 OF PLATS, PAGE(S) 6, IN KING COUNTY, WASHINGTON. |
| 2   |     |
| 3   | KING COUNTY PARCEL NUMBER 7812801600. |

Further information regarding this action can be obtained from the Clerk of the Court for the United States District Court for the Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101 (Telephone: (206) 370-8400).

DATED this 24th day of May, 2018.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

/s/ Michelle Jensen

MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-2242
Michelle.Jensen@usdoj.gov

Notice of *Lis Pendens*
6916 S. 124th Street, Seattle, Washington 98178- 2
*U.S. v. Qifeng Li, et al.*, CR18-124-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties of record.

CHANTELLE SMITH, FSA Paralegal III
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-2242
Chantelle.Smith2@usdoj.gov

Notice of *Lis Pendens*
6916 S. 124th Street, Seattle, Washington 98178- 3
*U.S. v. Qifeng Li, et al.,* CR18-124-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970