UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>XIAMIN HUANG,<br><br>           Defendant. | CASE NO. CR18-0124-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Xiamin Huang's unopposed motion for withdrawal and substitution of counsel (Dkt. No. 46). The Court hereby GRANTS Defendant's motion. Assistant Federal Public Defender Vanessa Pai-Thompson may withdraw from representing Defendant and attorneys Gregory P. Cavagnaro, of the Law Office of Gregory P. Cavagnaro, and Cesar O. Velasquez, of the Velasquez Law Group, P.S., may act as Defendant's retained counsel of record. The Court respectfully DIRECTS the Clerk to notify the parties and attorneys Pai-Thompson, Cavagnaro, and Velasquez.

//
//
//

1     DATED this 29th day of June 2018.

William M. McCool<br>Clerk of Court<br><br>/s/Tomas Hernandez<br>Deputy Clerk