THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>QIFENG LI, *et al.*,<br><br>        Defendants. | CASE NO. CR18-0124-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Huang's motion to withdraw and substitute new counsel (Dkt. No. 69). This matter is hereby REFERRED to the on-duty criminal magistrate judge. The Court DIRECTS the Clerk to provide a copy of this order to defense counsel and the on-duty magistrate judge.

DATED this 14th day of September 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR18-0124-JCC
PAGE - 1